CCA # 13-13-00372-CR

OFFENSE: Sexual Assault

547-15
548-15
549-15
550-15

STYLE: DAVID ALLEN RUSSELL v. THE STATE OF TEXAS

COUNTY: Collin

TRIAL COURT: 199th District Court
TRIAL COURT #: 199-81323-2012
TRIAL COURT JUDGE: Hon. Angela Michelle Tucker
DISPOSITION: Affirmed
DATE: _____
JUSTICE: _____ PC ___ S ____
PUBLISH: _____                DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: April 9, 2015

JUDGE: Chief Justice Valdez

CLK RECORD: ____X_____
RPT RECORD: ___X_____
STATE BR: ____X_____
APP BR: ____X_____

SUPP CLK RECORD _X_____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

547-15
548-15
549-15
550-15

**IN THE COURT OF CRIMINAL APPEALS**

CCA # _____ 550-15

------------------------

*APPELLANT'S* Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_refused_____
DATE: July 29, 2015
JUDGE: PC

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____         PC: _____
PUBLISH: _____        DNP: _____

------------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____